

The following constitutes the order of the Court.
Signed: November 19, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 19-42236 WJL |
| Faye Myrette Crosley, | Chapter 13 |
| Debtor. | |

**MEMORANDUM REGARDING DEBTOR'S EX PARTE FILINGS**

On October 31, 2019, Debtor Faye Myrette Crosley filed a document styled as a Letter to the Court (doc. 14), and on November 6, 2019, Debtor filed a document titled Notice of Opposition and Request for Hearing (doc. 15) (together, the "Documents"). Both documents appear to have been filed solely by the Debtor, without the help of her attorney in this bankruptcy, Ryan P. Keenan. The Court notes that the documents do not appear to have been served on any party, and allege various instances of wrongdoing against the Debtor by a mortgage creditor.

The Court is unable to meaningfully respond to these ex parte communications. Debtor may wish to consult with her attorney to

address the grievances contained in the Documents during the course of Debtor's bankruptcy.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Faye Myrette Crosley
6262 Highland Ave
Richmond, CA 94805